IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 26-mj-7003-MAB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALAIN GONZALEZ-ROSALES, | ) | |
| a/k/a ALAIN ROSALES, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, Tyson Imming, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT 1
### ALIEN IN POSSESSION OF A FIREARM

On or about the 20th day of March 2025, in Bond County, in the Southern District of Illinois,

**ALAIN GONZALEZ-ROSALES,**
**a/k/a ALAIN ROSALES,**

an alien, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## AFFIDAVIT

I further state that I am a Deportation Officer with U.S. Immigration and Customs Enforcement, (hereinafter ICE), and that I have been so employed since September 7, 2025.  I was a Supervisory Deputy United States Marshal with the U.S. Marshals Service in the Southern

District of Illinois, East St. Louis from October 2019 until October 2022. I was a Deputy U.S. Marshal from October 2016 until October 2019 at the same location.   I was a Criminal Investigator with the Department of Homeland Security, ICE, Homeland Security Investigations in St. Louis, MO from March 2006 until September 2016.   I was also employed as an Immigration Agent in St. Louis, MO with the Immigration and Naturalization Service (INS) and ICE from January 2000 to March 2006 and U.S. Border Patrol Agent with the INS in Douglas, AZ from May 1996 until October 1997.

My duties as an ICE Deportation Officer include the investigation of any criminal violations of the Immigration and Nationality Act.   I have recently investigated the suspected unlawful presence in the United States of Alain GONZALEZ-ROSALES, and his possession of a Smith and Wesson, model 340PM Airlite, .357 Magnum caliber firearm (serial number CFU7859) when encountered during a traffic stop by the Illinois State Police on March 20, 2025, in Pierron, Illinois, within Bond County.

According to official records maintained by ICE, *i.e.*, 'EARM" Enforcement Alien Removal Module database and a review of the Alien File or Alien Registration File (A-File), which is the official, comprehensive record created by the U.S. government for every non-citizen registered within the United States, and used to document the immigration history maintained on GONZALEZ-ROSALES.   GONZALEZ-ROSALES is an alien who is a native and citizen of Cuba, who was ordered removed from the United States to Cuba or any alternative country under INA § 241(b) (8 USC 1231) on December 11, 2013, at Miami, Florida.   Efforts by ICE to thereafter remove GONZALEZ-ROSALES to Cuba, however, were unsuccessful and he was

2

released from ICE custody on an Order of Supervision with conditions on February 18, 2014. Those conditions of release included: compliance with future ICE efforts to remove him from the United States, a requirement to notify ICE of any change in address or employment and prohibition from any association with criminal activity or the commission of any criminal acts. GONZALEZ-ROSALES has violated each of these conditions and is subject to revocation of the aforementioned Order of Supervision.

On October 29, 2025, I determined that Alain GONZALEZ-ROSALES was in the custody of the Illinois Department of Corrections ("DOC") and was housed at Shawnee Correctional Center in Johnson County, Illinois. I made this determination after reviewing the following information, which DOC posted on its website:

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**INTERNET INMATE STATUS**
AS OF: Friday, January 30, 2026



3

### Y69331 - ROSALES, ALAIN G.

| | |
|---|---|
| Parent Institution: | SHAWNEE CORRECTIONAL CENTER |
| Offender Status: | IN CUSTODY |
| Location: | SHAWNEE |

### PHYSICAL PROFILE

| | |
|---|---|
| Date of Birth: | 06/26/1969 |
| Weight: | 177 lbs. |
| Hair: | Gray or Partially Gray |
| Sex: | Male |
| Height: | 5 ft. 06 in. |
| Race: | Hispanic |
| Eyes: | Brown |

### MARKS, SCARS, & TATTOOS

NONE RECORDED

### ADMISSION / RELEASE / DISCHARGE INFO

| | |
|---|---|
| Admission Date: | 06/03/2025 |
| Projected Parole Date: | 03/20/2026 |
| Last Paroled Date: | |
| Projected Discharge Date: | 09/20/2026 |

### SENTENCING INFORMATION

| | |
|---|---|
| MITTIMUS: | 25CF33 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | FELON POSS/USE WEAPON/FIREARM |
| CUSTODY DATE: | 03/20/2025 |
| SENTENCE: | 2 Years 0 Months 0 Days |
| COUNTY: | BOND |
| SENTENCE DISCHARGED?: | NO |

Moreover, a check of GONZALEZ-ROSALES' FBI number, which shows a match between fingerprints previously taken from Alain GONZALEZ-ROSALES by Department of Homeland Security officials and fingerprints taken by Illinois state law enforcement officials, as well as the photo on the Illinois Department of Corrections Website and ICE databases, demonstrate GONZALEZ-ROSALES is the same individual that has been ordered removed from the United States to Cuba on December 11, 2013.

Also, I have reviewed Illinois State Police reports detailing their encounter with Alain GONZALEZ-ROSALES in Bond County, Illinois, on March 20, 2025.   On that date,

4

GONZALEZ-ROSALES was stopped for traffic violations on Interstate I-70.   An ensuing probable cause search determined that GONZALEZ-ROSALES was in possession of a Smith and Wesson, model 340PM Airlite, .357 Magnum caliber firearm (serial number CFU7859), loaded with 5 live .357 Magnum rounds, and a counterfeit U.S. Marshals badge amongst other items.   I have also reviewed photos taken by Illinois State Police during the encounter of the aforementioned firearm and observed markings indicating the firearm was manufactured in Springfield, Massachusetts.   This marking is consistent with open-source research I have conducted regarding the manufacture of this model of firearm prior to 2023.

Furthermore, on January 31, 2026, I reviewed a Bureau of Alcohol Tobacco and Firearms and Explosives report detailing the initial point of sale within the United States of the aforementioned firearm.   According to this report, the weapon was initially sold by Reel, Pawn and Gun, a licensed firearms dealer in Camden, South Carolina, having been previously shipped and transported in interstate commerce prior to GONZALEZ-ROSALES' possession of it, all in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

FURTHER AFFIANT SAYETH NAUGHT.

_____
TYSON IMMING
Deportation Officer,
Immigration and Customs Enforcement

5

State of Illinois              )
                               )   SS.
County of St. Clair            )

Sworn to before me and subscribed in my presence on the 3 day of February 2026,

at East St. Louis, Illinois.

_____
MARK A. BEATTY
United States Magistrate Judge

_____
DANIEL T. KAPSAK
Assistant United States Attorney

6